IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARION R. PENIGAR, | ) | |
| | ) | 8:05CV0448 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNKNOWN WELCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing nos. 15, 16, 17, 18, 19, 20, 21, 22, and 23, the motions for a status report and for summons and 285 forms, filed by the plaintiff. Mr. Penigar states that he has yet to receive the summons and 285 forms as directed by the Order on Initial Review filed on October 28, 2005 (filing no. 11). Filing no. 15 is granted. I will direct the Clerk of the Court to send Mr. Penigar new summons and 285 forms for any defendant named in the caption of this case. I will also grant Mr. Penigar additional time, until May 16, 2006, in which to effect service of process upon the defendants in this case. Filing nos. 16, 17, 18, 19, 20, 21, 22, and 23 are denied as moot in light of this order.

IT IS THEREFORE ORDERED:

1. That filing no. 15 is granted;

2. That filing no. 16 is denied as moot;

3. That filing no. 17 is denied as moot;

4. That filing no. 18 is denied as moot;

5. That filing no. 19 is denied as moot;

6. That filing no. 20 is denied as moot;

7. That filing no. 21 is denied as moot;

8.	That filing no. 22 is denied as moot; and

9.	That filing no. 23 is denied as moot.

DATED this 17th day of March, 2006.

                BY THE COURT:

                S/F.A. GOSSETT
                United States Magistrate Judge