## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARION R. PENIGAR, | ) | 8:05CV448 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SGT. WELCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion to reopen this case (filing 30) is denied.[1]

June 1, 2007.                          BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

_____

[1] This case was dismissed on August 29, 2006, without prejudice to Plaintiff filing a new case.